**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                           FAX (212) 964-2926

February 16, 2019

Hon. Paul A. Engelmayer
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Kintea McKenzie,
18 Cr. 834  (PAE)

Your Honor,

     I write to request that the Court direct corrections to the bond that the Court granted Kintea McKenzie on February 12, 2019. First, I believe that the Court specified that Mr. McKenzie is be on home detention with GPS monitoring rather than home incarceration. Home incarceration precludes one from leaving their home except in very narrow circumstances while home detention permits a defendant to leave his home for work or the pursuit of education, subject to pretrial supervision approval. As the Court has permitted the latter, I believe the Court's intent was to place Mr. McKenzie on home detention. The government's understanding comports with mine. The bond with the Bail Disposition sheet signed by the Court is attached.



     All of the conditions of Mr. McKenzie's bond were met yesterday. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. As the bond has been executed, I ask that the Court direct that the forgoing corrections be made as amendments to the bond rather than requiring the execution of a new bond.

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████

                                              Respectfully,

                                              *Lisa Scolari*

                                              Lisa Scolari

SO ORDERED:

_____
Hon. Paul A. Engelmayer

cc: Jacob Warren, Esq., and Micheal Longyear, Esq.  via email