LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                      FAX (212) 964-2926

December 20, 2019

Hon. Paul A. Engelmayer
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

                Re: United States v. Kintea McKenzie,
                       18 Cr. 834  (PAE)

Your Honor,

    I write to request a final adjournment of Kintea McKenzie's sentencing, which is currently scheduled for January 7, 2020, to a date during the last week of February, 2020. I seek the additional time to gather letters and to prepare a sentencing submission for Mr. McKenzie.

    The government, by Jacob Warren, Esq., consents to this application. Therefore, I request that the Court adjourn the sentence to a date during the last week in February, 2020 convenient to the Court.

                                     Respectfully,

                                     *Lisa Scolari*
                                   Lisa Scolari

        Sentencing is adjourned to February 25, 2020 at
        2:30 pm. SO ORDERED.

                        PAUL A. ENGELMAYER    12/23/2019
                        United States District Judge