**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                    FAX (212) 964-2926

February 18, 2020

Hon. Paul A. Engelmayer
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Kintea McKenzie,
18 Cr. 834 (PAE)

Your Honor,

     I write to request an adjournment of Kintea McKenzie's sentencing, which is currently scheduled for February 25, 2020, to a date at the end of March or early April, 2020. Despite requesting a "final adjournment" in my last application I have been unable to prepare a timely sentencing memo mainly as a result of my inability to see Mr. McKenzie. Over the last several weeks I have attempted to see him several times but due to various institutional issues such as: counsel visits were cancelled because of elevator failure; visits were delayed most of the day due to an emergency count; and daily multi hours-long waits for a counsel visit room, I was unable to meet with him. When I finally did see Mr. McKenzie, he did not have the letter to the Court that he has been preparing for months. Mr. McKenzie was moved from one area of the jail to another and his property, which contains his legal material, was not moved with him. He and I have made efforts, through his counselor, to get the property but have been unsuccessful thus far.

     I seek the adjournment to enable Mr. McKenzie to either get his letter or write a new one and to permit me additional time to submit a timely sentencing submission. The government, by Michael Longyear consents to this application. Therefore, I request that the Court adjourn the sentence to a date during the end of March or early April, 2020, convenient to the Court.

                                                            Respectfully,

                                                            *Lisa Scolari*

                                                            Lisa Scolari

**GRANTED.** Sentencing is adjourned to April 1, 2020 at 2:30 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 425.

                           SO ORDERED.                       2/18/2020

                                                *Paul A. Engelmayer*
                                        _____
                                           PAUL A. ENGELMAYER
                                           United States District Judge