```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :    ORDER
         - v. -                  :
                                 :    S9 18 Cr. 834 (PAE)
KINTEA MCKENZIE,                 :
                                 :
              Defendant.         :
                                 :
-- - - - - - - - - - - - - - - - X
```

WHEREAS on March 30, 2020, the Court granted KINTEA MCKENZIE's motion seeking bail pending the imposition of sentencing ("March 30 Order" (ECF No. 443);

WHEREAS the March 30 Order imposed the same conditions of release that governed the defendant's pretrial release (ECF No. 122, amended by ECF No. 127);

WHEREAS in light of precautions observed by the Bureau of Prisons, the United States Marshals Service, and Pretrial Services in connection with the COVID-19 outbreak, Pretrial Services is unable to affix a location monitoring device upon the defendant's release from custody;

NOW THEREFORE IT IS HEREBY ORDERED that the March 30 Order is amended to replace the condition that the defendant be released upon the placement of a location monitoring device with the following conditions:

1. The defendant's mother shall act as a third-party custodian and shall be responsible to the Court for ensuring the defendant's compliance with all conditions of release;
2. For fourteen days after the defendant's release, the defendant's mother, together with the defendant, must have daily contact with Pretrial Services through videoconferencing technology; and
3. The defendant shall report to Pretrial Services as directed to be placed on location monitoring equipment.

Dated: New York, New York
March 31, 2020

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE