UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                      :
:
          -v-                                            :        18-CR-834 (PAE)
:
KINTEA MCKENZIE,                                 :        SCHEDULING ORDER
:
          Defendant.                              :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **June 3, 2020** at **10:15 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: May 28, 2020
       New York, New York

                                                    PAUL A. ENGELMAYER
                                                  United States District Judge