UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,                   :
          :
       -v-                              :        18-CR-834-11 (PAE)
          :
KINTEA MCKENZIE,                          :        <u>ORDER</u>
          :
        Defendant.           :
          :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       For the reasons stated on the record at today's telephonic conference, the Court relieves Ms. Lisa Scolari, Esq., as counsel for defendant Kintea McKenzie and appoints Richard Rosenberg, Esq.

       SO ORDERED.

Dated: June 3, 2020
       New York, New York

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge