UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

               -v-

KINTEA MCKENZIE,

               Defendant.

18 Cr. 834 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

At a conference held on June 3, 2020, the Court permitted Lisa Scolari, Esq., to withdraw as court-appointed counsel for defendant Kintea McKenzie, based on her representation to the Court that on or about May 15, 2020, she had become aware of circumstances that presented a conflict precluding her continued representation of Mr. McKenzie. The Court appointed Richard Rosenberg, Esq., as successor counsel. To assure itself that the nature of Ms. Scolari's conflict does not present a basis to invalidate Mr. McKenzie's guilty plea, entered in June 2019, the Court directed Ms. Scolari to file, for the Court's *ex parte* and *in camera* review, a letter detailing the circumstances under which Ms. Scolari recently had become aware of the circumstances giving rise to a conflict. The Court has reviewed Ms. Scolari's letter to that effect, dated June 5, 2020, which the Court has directed Ms. Scolari to file under seal. The Court is satisfied that no conflict existed with respect to Ms. Scolari's representation of Mr. McKenzie until mid-May 2020, and that the emergence of this conflict does not, in any way, cast doubt on the viability of Mr. McKenzie's guilty plea or any other aspect of Ms. Scolari's representation of Mr. McKenzie.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 8, 2020
       New York, New York