UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KINTEA MCKENZIE,

Defendant.

18 Cr. 834 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 5, 2020, the Court received a request, via email, from Matthew Russell Lee of *Inner City Press*, seeking to unseal filings concerning a conflict of interest raised by Kintea McKenzie's now-former counsel, Lisa Scolari, Esq. Later that day, the Court received an *ex parte* letter, via email, from Ms. Scolari, explaining the nature of the conflict of which she recently had become aware.

The Court has determined that Ms. Scolari's *ex parte* communications relate to highly confidential facts about a separate attorney-client representation, and thus are properly not publicly filed. Accordingly, the Court denies Mr. Lee's request.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 8, 2020
       New York, New York