UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                                :
:
       -v-                                           :                  18-CR-834-11 (PAE)
:
KINTEA MCKENZIE,                                                         :       SCHEDULING ORDER
:
                       Defendant.                                    :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has received the letter from defense counsel seeking an adjournment of the sentencing of Kintea McKenzie, presently scheduled for October 15, 2020 (Dkt. No. 550).  The Court will hold a telephone conference on **Monday, October 5, 2020**, at **10:30 a.m.** to discuss counsel's application, and whether, in the event this application is granted, Mr. McKenzie is to be ordered to surrender in advance of the conference.

       The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: October 2, 2020
       New York, New York

                                                         PAUL A. ENGELMAYER
                                                         United States District Judge