# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

October 2, 2020

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Kintea McKenzie**
**S9 18 Cr. 834 (PAE)**

Dear Judge Engelmayer:

    Please accept this letter and the annexed exhibits as Kintea McKenzie's sentencing memorandum. Mr. McKenzie is scheduled to be sentenced on October 15, 2020[1] following his guilty plea on June 3, 2019 to count eight of the superceding indictment charging him with assault with a dangerous weapon in aid of a racketeering conspiracy as well as aiding and abetting that same offense in violation of 18 U.S.C. § 1959 (a) (3). The plea was entered pursuant to a plea agreement.

    Mr. McKenzie voluntarily surrendered to law enforcement February 8, 2019 and was remanded. On February 15, 2019 Mr. McKenzie was released from custody pursuant to an appearance bond. On June 17, 2019 Mr. McKenzie, pursuant to court direction at the time of his guilty plea, surrendered himself to the U.S. Marshal Service. On March 30, 2020 the Court granted prior counsel's application for Mr. McKenzie's release on bond due to his asthmatic history in conjunction with the COVID-19 pandemic. Mr. McKenzie has remained on strict conditions of home confinement with location monitoring.

    By this submission we hope to offer the true nature of this young man, a nature that this conviction does not reflect and we offer, with hopeful optimism, that this nature will carry Mr. McKenzie forward through life as a positive force in community and society as a whole.

**Corrections to the Pre-Sentence Report**

    Prior counsel did not submit comments or corrections to the Pre-Sentence Report. The following are non-substantive errors that should be corrected:

---

[1] Counsel has filed a motion requesting a continuance of sentencing. With leave by the Court it is respectfully requested that this sentencing letter be accepted out of date should that motion be denied and sentencing is ordered to proceed on October 15, 2020.

¶92: Defendant's mother's name is spelled "Nakia" not "Niki" and brother is "Derwin" not "Darwin". Twins Quatima and Keyana Perkins are paternal half-siblings.

¶93: Defendant was raised by his paternal great-grandmother named Francis McKenzie not Francis Hayden.

¶96: Unknown to the defendant at the time, Ms. Brunson terminated the pregnancy while Mr. McKenzie was incarcerated. They are no longer in a relationship.

**The Offense Conduct:**

In June 2018 Kintea McKenzie had just graduated high school. He was twenty years old and was living with his mother, Nakia Hayden and half siblings in their Brooklyn project apartment as well as with his paternal great grandmother, Francis McKenzie. He was an athletic youngster who played football for his elementary school. Later, as a teenager in high school he played basketball for an Amateur Athletic Union ("AAU") traveling team. Since childhood Mr. Mckenzie had the nickname "Kooda". When he was 16-17 years of age he began making dance videos using music tracks from rap stars and posted videos of his dance and rap routines on social media such as Face Book, Instagram and Twitter and YouTube. In honor of one of his favorite rap stars, Cardi B, he added the "B" to his nickname, thus becoming "Kooda B."

As Kooda B, Mr. McKenzie began to record and publish his own rap songs accompanied by his own distinctive and original dance moves. The videos gained popularity in the communities of Bedford-Stuyvesant, Bushwick and Brownsville, especially among teenagers, and he became recognizable in the Brooklyn neighborhoods for his unique dance and rap style. In December 2017 one of the most popular and fastest rising rap stars named Daniel Hernandez using the stage name Tekashi 6ix9ine recorded a rap song video entitled "Kooda" that featured reference to and a clip of Mr. McKenzie's unique dance and rap style . Hernandez by that time had become the hottest new star in the rap circles. His music video entitled "Gummo" released in the summer of 2017 had made him a star and quite notorious for his personal appearance of rainbow hair, multi-colored teeth and numerous tattoos as well as crowd of menacing young men appearing in the video and extolling gang life and armed robbery. Significantly, that video was shot in Brooklyn and Hernandez having heard of Kooda B asked McKenzie to appear in that video. However, McKenzie was turned off by the presence of gang members and weapons in the production and turned down the offer.

Following Hernandez' release of his "Kooda" video in December 2017, McKenzie's popularity grew, propelled by the release of that video. After all, Hernandez had millions of followers on Instagram after the release of "Gummo", enjoyed major media coverage and music contracts with rap industry leaders. Hernandez and Mr. McKenzie became friends and fellow rap artists. As it was, Mr. McKenzie unlike Hernandez, did not embrace the gang culture. Hernandez' meteoric rise was greatly tied to gang life and he was a Nine Trey sect Blood member. McKenzie's relationship with Hernandez was not at all gang related but rather based on their performances and development as creative artists. In fact, many of Mr. McKenzie's messages in his dance and music

videos were meant to convey the peaceful inclusion of rivaling gangs in order to bring people together in the spirit of peace, non-violence and co-existence.

In June 2018 Mr. Hernandez used his influence as a major rap star to recruit Mr. McKenzie to assist him in a gang related beef that he had with another rap star and rival gang member. Hernandez wanted that individual frightened by being shot at but not hit after the rival had completed a show in Times Square. Mr. McKenzie was aware of Hernandez' gang affiliation and the backing that furthered Hernandez' career from that association. As he so stated during his allocution to this Court on July 2, 2019 during the plea proceeding, McKenzie agreed to assist Hernandez because he wanted to stay in good standing with Hernandez by helping Hernandez maintain his position in the Nine Trey gang (Plea Tr. at pp.23-24). Without minimizing the recklessness and dangerousness of this undertaking it should also be noted that Mr. McKenzie believed that no one would actually be shot or injured by this activity. Unfortunately, Mr. McKenzie did go forward in participating in this offense conduct, no doubt swayed by the celebrity that had come his way through Hernandez' endorsement of his music and dance.

### *The Advisory Sentencing Guideline Range and the Plea Agreement*

Both the plea agreement and the Pre-Sentence Report ( "PSR") calculate Mr. McKenzie's total offense level to settle at level 23. With a Criminal History Category I, Mr. McKenzie's advisory guideline sentencing range is 46-57 months.

By the terms of the plea agreement Mr. McKenzie stipulates to the advisory range and the manner in which it was reached. Additionally, the plea agreement provides that " the parties agree not to seek a sentence outside of the Stipulated Guidelines Range . . . . " (Plea Agreement p.3, ¶¶ 2,4). Of course, the plea agreement recognizes that "the parties understand that the sentence to be imposed upon the defendant is determined solely by the Court." (Plea Agreement p. 4, ¶ 2).

As this court is well aware, a sentencing court must now consider the 18 U.S.C. § 3553 (a) factors in determining a sentence that is minimally sufficient to meet the goals of sentencing. Gall v. United States, 128 S. Ct. 586 (2007), Section 3553 (a) (2) states that such purposes are:

    A. to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
    B. to afford adequate deterrence to criminal conduct;
    C. to protect the public from further crimes of the defendant; and
    D. to provide the defendant with needed education or vocational training, medical care, or other correctional treatment in the most effective manner.

Additionally, under 18 U.S.C.§ 3661, "no limitation shall be placed on the information concerning the background, character, and conduct of [the defendant] which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."

3

With what we respectfully submit are compelling and positive 18 U.S.C.§3553 (a) factors present in this case we offer the following:

**The 18 U.S.C.§3553(a) Factors:**

This offense represents Mr. McKenzie's first criminal conviction. He is a young man that comes from an extended and close family. He is currently living with his mother and maternal half siblings and has been on home confinement since being released on bond in April due to his asthma and the coronavirus danger presented by his incarceration.

Mr. McKenzie is an engaging young man whose talent has shown through his music and dance, the mainstays of his life. That music and dance has captured the great admiration of fans young and old and has attracted mainstream music industry interest in promoting and furthering a promising career. His music and dance is meant to encourage unity and peace in the neighborhoods of Brooklyn where gang membership related violence and crime is too often lionized and emulated by young, and even older, members of those communities. Mr. McKenzie has never supported that lifestyle. As early as 2017 Mr. McKenzie has been involved in community outreach and personal growth with the Violence Out Brownsville program and has toured schools in the New York City boroughs performing for students and faculty encouraging his many young admirers to stay in school and complete their education. A popular music video and one which he often performed and is available on YouTube entitled "School B" encourages kids to stay in school. Mr. McKenzie would show up at the schools unannounced and get permission from the school administration to perform his message to the young students who enthusiastically greeted and cheered for him. Videos of these school visits and the pure joy in which they were received are available on YouTube.

Among the letters of support submitted on behalf of Mr. McKenzie is one from Anthony Newerls, the Program Manager of CAMBA's Violence Out Brownsville program (Exhibit F). That program is a national evidence-based public health strategy to prevent and reduce violence in the Brownsville community. The letter details the commitment that Mr. McKenzie made to that program and the view towards a continuing association once past these current circumstances. It is a program that has meant much to Mr McKenzie and they look forward to his future involvement and leadership in the program.

The love and devotion that family feel for Mr. McKenzie is reflected in the letters submitted by family members. His mother, Nakia Hayden, (Exhibit B) relates how hard her son worked to achieve his high school diploma, speaks of his golden smile and his "kind, gentle good-hearted soul". His brother Derwin relates the joy that Mr. McKenzie brings to others through his dancing reaching even Michelle Obama. (Exhibit C ). Mr. McKenzie's aunt, Natasha Richardson and his sister Nahalia McKenzie, his grandmother's great grand-daughter have also written to extol the kind, good nature of Mr. McKenzie. (Exhibits D, E ). Neighbors from Brooklyn who have known Mr. McKenzie his whole life have written to the Court as well to relate his decency, kindness and how he inspired others to dream big, stay in school and overcome their environment. ( Exhibits G-N). Others who have known Mr. McKenzie for shorter times, like Emilie Brooklyn from Denmark, an

4

aspiring dancer speak of Mr. McKenzie's compassion and caring. (Exhibit O). Ms. Brooklyn in fact toured and danced with him at various schools and observed his motivational speeches to the youngsters about "staying true to yourself and never giving up". Also submitted for the Court's consideration is a letter from a representative from APG/Atlantic Records who from personal experience has been deeply touched by his "heart of gold" and his "passion to work with the kids and being a positive role model".(Exhibit P)

Most importantly is Kintea McKenzie's own letter to the Court.(Exhibit A). Here is a young man devastated by the wrong turn he made in life by agreeing to commit this offense. His pride in reaching out to youth to avoid violence and pursue education has not been shattered however. He is committed more than ever to inspiring youths to make positive life choices through the Brownsville Violence Out program and a youth program he plans to start entitled "Start Now Not Later". He is a young man distraught by the pain he has caused family by this offense participation and is so deeply remorseful of allowing himself to jeopardize the life of others. In short, this young man is clearly capable of making important and meaningful contributions to community and society as a whole.

With confidence in this Court's compassion and judgment we respectfully ask for a sentence that will be sufficient, but not greater than necessary, to achieve sentencing goals and serve the interests of justice.

Thank your for your consideration.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties by ECF