**EXHIBIT A**

Your Honor

I Kintea McKenzie am writing this letter in regards to my sentencing and background. Hon Judge Engelmayer I have thought a lot about this situation. I'm willing to take full responsibility for my actions. That was a extremely foolish choice I made.

I allowed myself to look up to and listen to someone with more success and fame. That was not the right thing to do. I regret it and it won't happen again. I thought he was a good friend. I was excited that he named a song after me. I didn't realize there were guns in the video until watching it. I Immediately let him know I don't attend videos with guns. I have kids that are inspired by me. After that I avoided being in any video where some one is waving a gun. I avoided the people in the video waving guns. I didn't spend any time with him nor the people he had around apart from the videos.

None of that excuses what I did and the part I played. Right away I realized what I did was wrong and seriously dangerous. It was a chance somebody could've got hurt or killed and this could've cost me my life in prison. I immediately regretted what I did but did not know what to do.

Being held in prison I had the chance to stop my life for a moment and see things I don't want to be apart of for the rest of my life. I also had long talks with older men that's been serving life sentence since their teens. I thought about my father that's been in and out of jail my whole life and how I couldn't look up him. I said to myself I don't wanna be like this man or my father. This situation hurt me. I haven't seen my grandmother who raised me in a long time. She had surgery in both her eyes. I don't wanna be away from my family any longer.

I know it made no sense for me to do what Tekashi asked when I had been working in anti-violence. The violence and shootings in Brownsville were real. People were getting killed. I was so glad to be able to stop it. I was known in the neighborhood because of my music. Kids and teens talk to me and listen to me. There was a long time feud between two projects in the neighborhood, more than ten years that was causing shootings. When I was on bail we talked about how violence didn't solve anything . While I was working with Brownsville In, Violence Out, there were no shootings for four months.

Before I was arrested I reached out to at risk youth. I went to over 30 elementary and junior high school from Brooklyn to Queens in order to encourage kids to stay in school. I reached out to these schools by posting a video asking the kids, who wants me to come up to their school? I went to the first schools that replied through the week. When I arrived to these schools nobody knew I was coming. I walked in and told the security guard my name and why I'm there. I asked if i can speak to the principal. While I was talking to the principal or a staff person kids would recognize me and get excited.  That touches me all the time. In every school I went to they let me talk to the kids about my background and how I never let anything stop me from getting my education. That gave the kids a chance to feel special. And see someone that they are inspired by sitting in class with them and talking to them and helping them with their work. At each school I also performed. The school staff will let me perform in the cafeteria or in the gym or even the auditorium. Doing this bought me great joy to try to make a difference in kids' lives.

I will never make such bad decisions again. If you give me a chance I will continue to encourage youth to stay in school and out of trouble. I plan to finish pursuing my music career and continue working with Brownsville In, Violence Out. While doing that I'm going to also utilize the things I learned by starting my own program called Start Now Not Later meaning start making a change, don't wait until it's to late. I want to continue reaching out to kids ages eleven to

twenty. To talk to them about making changes in their life that can help they future . I grew up rough, seeing deaths and violence in the neighborhood. And now I have been to jail. I want to help save kids from killing, dying or going to jail.

I have learn very important lessons from my conduct in the case. I should not look up to someone just because of their success and fame . I should never allow someone to influence me the way I was by Tekashi. I could of cost someone their life. I want to say I'm so sorry to the people who could have been hurt. I'm sorry to have done this to myself and to my family. I am also sorry that I let down the kids that look up to me . I made a foolish choice I won't make again.