**EXHIBIT B**

Dear Judge Engelmayer

I am the sole parent, (mother) of Kintea Mckenzie my name is Nakia Hayden. On 01/06/1998 at 11:07am when I gave birth to my second son Kintea, and from the first time I laid my eyes on him, I knew he was going to become famous in life. My son (Kintea) started riding a ten-speed bike at the age of 2 years old he struggled at first of course, but he picked that bike up and kept trying to he was able to ride along like his older brother. He was determined! At the age of six he played football for eight years straight he like to run an be fast, he loved the attention from the audience, he was born with a thrive, then he so it damaged his spirit a bit. Once he felt a bit better he began playing basketball for three years he had no father figure in his life he relied on his older brother and uncles as a man figures to be something like. I'm sure that was a little sad for him at times. But I would always encourage him to stand strong and remain focused. I myself had both parents in my life it was hard for me to be a single mother I cried many nights on my pillow but remained smiling while raising and nurturing my sons. He worked hard to obtain his High school diploma something I did not get in my life growing up. I was extremely proud of how determined he was to walk in his graduation ceremony. My son is a very smart intelligent young man., he's very easy to get along with, his smile is gold, his heart is pure although he watched his mom struggle he always thought of a way to help me out and place a smile on my face. His creativity of having the world laughed inspired him to be an entertainer. He began making music that allowed kids to dance he then followed up the music he created with dance moves that the kids would love, and his video streams began to go viral kids all over the world wanted to do the "KOODA B "(that's his entertainer name) dance moves! My son is a kind, gentle good-hearted soul who enjoy making others laugh and dance. He's not a bad kid from the day he took his first steps. When he started rapping he always ensured me that he was going to be great! and move us out of the hood life. He had his own creative vision toward his dream in which his" excellent dance moves "that was actually named after him and his sing along rap lyrics! Would be viewed and streamed world-wide an make him enough money to move us far away from Violence. Kintea has joined the Stop the Violence program after he the seen pain I his own "mother "was after being shot in the stomach at a friend's Barbeque in the summer year 2012. He was devasted, scared of losing me the sole parent he had in his life, afraid of thinking what he would do to provide or how to provide for the other two siblings he has in his life. That bullet was an eye opener for all us of us. I'm asking for you judge Englemayer to please have an open mind on my son he has never been arrested before this , he was in the mix of being greatly successful, the prison time he has completed is slowly killing him. I can attest that he has learned his lesson.

Sincerely,

Nakia Hayden

10-28-19