**EXHIBIT C**

Derwin McKenzie

9/25/2019


Hon. Paul A. Engelmayer
United States District Court
40 Foley Square
New York, N.Y. 10007


Dear Judge Engelmayer:

    I am Kintea McKenzie's older brother Derwin McKenzie. It took me a while to write this letter because I'm hurting mentally and physically. My brother is my heart. I am just so hurt that he is in this situation. We have been through so much together. When I was five, Kintea and I were in foster care. He was only six months old when our grandmother Frances McKenzie welcomed us into her home and adopted us, which was a blessing. We grew up together and knew we only had each other. Kintea started playing football at six years old. He loved it.
    Kintea has always been a friendly type of kid. He loved dancing and having fun. When he made his first video, "How you do that?!" the kids went crazy. He created a dance called the "Kooda B" and everybody was doing it. Even Michelle Obama. So many kids look up to him. They are always asking me "when is Kooda coming home? We miss him."
    My household, my mother Nakia Hayden, brother Stephen Hayden, and I are completely heart broken. My mom has kept us together and told us that we only have each other. I hope when you read this letter, you understand the pain my family is going through. I just want my brother back home and doing what he loves, making music.
    I am one hundred percent sure that Kintea now knows not to interact with anyone who is going to affect his freedom.

    Thank you,

    Derwin McKenzie