UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
        -v- : 18-CR-834-11 (PAE)
 :
KINTEA MCKENZIE, : ORDER
 :
        Defendant. :
 :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    For the reasons set forth on the record at today's conference, IT IS HEREBY ORDERED that the defendant is self-surrender to the United States Marshal for this district by 2:00 p.m. on October 15, 2020.

    The Court schedules sentencing in this matter for **November 17, 2020** at **10:30 a.m.**  For the reasons stated at today's conference, the Court adjourned the due date for the Government's sentence memorandum in this case to Thursday, October 29, 2020.

    The Clerk of Court is requested to terminate the motion at Dkt. No. 550.

    SO ORDERED.

Dated: October 5, 2020
       New York, New York

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge